**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CORY COOPER, an Individual,**

        **Plaintiff,**

**v.**                                                     Case No. **2:10-cv-49-FtM-29SPC**

**CITY OF CAPE CORAL, a Municipality of the
State of Florida,**

_____

**ORDER**

This cause came before the Court on the Court's Order to Show Cause (Doc. #5) entered on April 22, 2010. On April 29, 2010, the Plaintiff filed a Response to the Order to Show Cause (Doc. #9) and on April 29, 2010, a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. # 7) and the Notice of Pendency of Related Cases (Doc. #8). Accordingly, the Court will take no further action on the Order to Show Cause.

**DONE** and **ORDERED** in Fort Myers, Florida on   30th   day of April, 2010.

                                                                   SHERI POLSTER CHAPPELL
                                                                   UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record